UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **25-mc-00061-JFW-(JPRx)**                                   Dated: **July 10, 2025**

Title:   In Re Letters Rogatory from the UPJ 1 to 3 Probate and Family Court in Brazil, et al.

---

PRESENT:   HONORABLE JOHN F. WALTER, U.S. DISTRICT JUDGE

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                                   None Present

**PROCEEDINGS (IN CHAMBERS): REFERRAL ORDER**

   The Court hereby refers the Application for Order Appointing the Assistant United States Attorney as Commissioner (28 U.S.C. § 1782), to Magistrate Judge Jean P. Rosenbluth.


cc:  Magistrate Judge Jean P. Rosenbluth

Initials of Deputy Clerk    sr