17/04/2025, 14:42            SEI/MJ - 31324717 - Ofício CGCI

 

31324717              08099.005147/2024-31



**República Federativa do Brasil**
Ministério da Justiça e Segurança Pública
Secretaria Nacional de Justiça
Departamento de Recuperação de Ativos e Cooperação Jurídica Internacional
Coordenação-Geral de Cooperação Jurídica Internacional

OFÍCIO Nº 31324717/2025/CGCI/DRCI/SENAJUS-MJ

Brasília, 14 de abril de 2025.

Office of International Judicial Assistance
U.S. Department of Justice
1100 L Street, NW, Room 8102
Washington, D.C. 20005
United States of America

E-mail: OIJA@usdoj.gov

C/C À 3ª Vara da Família e Sucessões do Foro Regional VIII - Tatuapé/SP

E-mail: upj1a3famtatuape@tjsp.jus.br

**Assunto:** Cooperação Jurídica Internacional Brasil/Estados Unidos da América
**Registro MJ:** 08099.005147/2024-31
**Diligência:** Realização de Coleta de Material Genético de Alexander Ammari Alexander
**Ação:** Investigação de Paternidade
**Processo Original:** 1010434-17.2017.8.26.0008

**Registro SG-DRCI:** 2024/02989

Prezados(as) Senhores(as), / ***Dear Sir or Madam,***

1.        Na qualidade de Autoridade Central designada no Brasil para a Convenção da Haia sobre Obtenção de Provas no Estrangeiro em Matéria Civil ou Comercial, encaminhamos o anexo pedido de cooperação jurídica internacional. / ***As the Central Authority designated in Brazil for the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, we hereby send in attachment a request for legal assistance.***

2.        Solicitamos mencionar o número deste Ofício quando da devolução do pedido. / ***We kindly ask you to mention the number of this Letter when returning the request.***

3.        Colocamo-nos à disposição para os esclarecimentos que se fizerem necessários. / ***Please feel free to contact us should you need any clarification.***

MAY - 8 2025
189-13-25-7

17/04/2025, 14:42                                    SEI/MJ - 31324717 - Ofício CGCI

Atenciosamente, / *Sincerely,*



Documento assinado eletronicamente por **SAMIA CRISTINE FARIAS DE ALBUQUERQUE, Coordenador(a) de Análise de Pedidos de Cooperação Jurídica Internacional em Matéria Civil**, em 15/04/2025, às 17:37, com fundamento no § 3º do art. 4º do Decreto nº 10.543, de 13 de novembro de 2020.



A autenticidade do documento pode ser conferida no site http://sei.autentica.mj.gov.br informando o código verificador **31324717** e o código CRC **A761094C**

O documento pode ser acompanhado pelo site http://sei.consulta.mj.gov.br/ e tem validade de prova de registro de protocolo no Ministério da Justiça e Segurança Pública.

Documento firmado electrónicamente, conforme al § 1º del art. 6 y art. 10 del Decreto nº 8.539 / 2015.
Document signed electronically, according to § 1 of art. 6th and art. 10 of Decree 8.539 / 2015.

Referência: Caso responda este Ofício, indicar expressamente o nº 31324717                    SEI nº 08099.005147/2024-31

Esplanada dos Ministérios, Bloco T, Anexo II, 3º Andar, Sala 324 - Brasília/DF - CEP 70064-900
Telefone: (61) 2025-8919 - https://www.justica.gov.br
E-mail: cooperacaocivil@mj.gov.br

**Maria Helena R Bononi**
**Tradutora Pública e Intérprete Comercial | Certified Translator**
*Matrícula JUCESP 1330 | Inglês | English*
*RG 3.806.315-3 SSP/SP | CPF 235.108.548.53 | CCM 2.252.576.9*
*Alameda Barão de Limeira 1263 cj 52 | 01202003 São Paulo | SP | Brasil*
*T. +55 11 99787-1948 | +55 11 3873-9563*

1

TRADUÇÃO/TRANSLATION no. 5109 | LIVRO/BOOK 042 | FOLHA/PAGE: 129/131

Identification of the document translated into English: **Letter of Request – Request for Assistance in the ambit of The Hague Convention of March 18th, 1970, on Obtaining Evidence Abroad on Civil or Commercial Matter - TJSP – Proc. 1010434-17.2017.8.26.0008, Regional Forum VIII Tatuapé, SP.** I hereby attest for the due purposes that on this date the document mentioned above written in Portuguese was submitted to me, which I now translate into English.

(State of São Paulo coat of arms) **STATE APPELLATE COURT OF SÃO PAULO – ADMINISTRATIVE REGION OF SÃO PAULO – REGIONAL FORUM VIII - TATUAPÉ – 3RD PROBATE AND FAMILY COURT**

Rua Santa Maria, 257, Room 103, Parque São Jorge, Post code 03085-000, Phone no.; +55 11 3489-4834, São Paulo, SP, Email: [illegible]

Opening hours: From 13:00 h to 17:00 h

**LETTER OF REQUEST**

Digital Proceeding no.: **1010434-17.2017.8.26.0008**

Class – Subject: **Ordinary Civil Proceeding – Investigation of paternity**

Author: **Arash Alexander Calderon**

Defendant: **Alexander Ammari Alexander**

**Request for Assistance in the Ambit of The Hague Convention of March 18th, 1970, on Obtaining Evidence Abroad in Civil or Commercial Matter**

| | |
|---|---|
| 1. Issuer | Judge of the UPJ 1 to 3 Probate and Family Court of the Regional Forum VIII – Tatuapé. Rua Santa Maria, 257, Room 103, Parque São Jorge, Post code 03085-000, Phone no.: +55 11 3489-4834, São Paulo, SP, Email: [illegible] |
| 2. To Central Authority of | CALIFORNIA – UNITED STATES OF AMERICA |
| 3. The evidence from the diligences conducted by the Country requested will be sent to the Brazilian Central Authority: | Coordenação-Geral de Cooperação Jurídica Internacional em Matéria Cível Departamento de Recuperação de Ativos e Cooperação Jurídica Internacional Secretaria Nacional de Justiça – Ministério da Justiça e Segurança Pública – Esplanada dos Ministérios – Bloco T – Anexo II, 4o andar, Sala 433 Brasília (DF) Post code 70064-900 Email: [illegible] |

| 4. Information of the deadline when Requesting Authority requests to receive the answer to the Letter of Request: | |
|---|---|
| Date | * |
| Reason for the urgency* | * |

*To be deleted if not applicable.

In conformity with Article 3 of the Convention, requester undersigned is honored to make the following request:

| 5. | a) Requesting Judicial Authority (Article 3, a) | Identification and address: Judge of the UPJ 1 to 3 Probate and Family Court of the Regional Forum VIII – Tatuapé, **FEDERATIVE REPUBLIC OF BRAZIL** |
|---|---|---|
| | b) To the Competent Authority of (Article 3, a) | DEPARTMENT OF JUSTICE, Office of International Judicial Assistance Civil Division, 1100 L St. N. W. Room 11006, Washington DC 20530. |

28

                    EXHIBIT 1

**Maria Helena R Bononi**
**Tradutora Pública e Intérprete Comercial | Certified Translator**
*Matrícula JUCESP 1330 | Inglês | English*
*RG 3.806.315-3 SSP/SP | CPF 235.108.548.53 | CCM 2.252.576.9*
*Alameda Barão de Limeira 1263 cj 52 | 01202003 São Paulo | SP | Brasil*
*T. +55 11 99787-1948 | +55 11 3873-9563*

2

| | c) Reference(s) | Proceeding  1010434-17.2017.8.26.0008  --  Ordinary Proceeding -- Investigation of Paternity |
|---|---|---|

| 6. | Names and addresses of parties and their representatives (including representatives of the Country Requested*) (Article 3, b) | |
|---|---|---|
| | a) Author | Arash Alexander Calderon, Rua Ouricuri, 427, house 01, Vila Formosa, Post code 03365-000, São Paulo, SP |
| | Lawyers | Defensoria Pública do Estado de São Paulo, Av. Liberdade, 32, Centro, Post code 01503-000, São Paulo, SP |
| | b) Defendant | ALEXANDER AMMARI ALEXANDER, ███████ |
| | Lawyers | Sergio Pereira Diniz Botinha, Alameda do Ingá, 840, room 701, Vale do Sereno, Post code 34006-042, Nova Lima, MG |
| | c) Other Parties* | * |
| | Lawyers* | * |

| 7. | a) Nature of the proceeding for which evidence is required (divorce, paternity, contractual breach, consumer defense, etc.) (Art. 3, c) | Ordinary Civil Proceeding Investigation of Paternity and Child Support |
|---|---|---|
| | b) Summary of the request | To collect genetic material, the Kit Swab ceded by IMESC be physically forwarded by express mail (post). |
| | c) Summary of answer and counterclaim* | * |
| | d) Other necessary documents and information* | * |

*To be deleted if not applicable

| 8. | a) Description of evidence to be obtained or of other judicial acts to be carried out (Article 3, d) | To collect defendant's genetic material for DNA test. |
|---|---|---|
| | b) Objective of the evidence or judicial acts requested | Search of ancestralism |

| 9. | Name and address of individuals from whom evidence is to be obtained (Article 3, e)* | ALEXANDER AMMARI ALEXANDER, ███████ |
|---|---|---|

| 10. | Questions to be made to the individuals to be deposed or facts on which they are to be questioned (Article 3, f)* | If necessary, to send list attached with certain pieces of information. |
|---|---|---|

| 11. | Documents or objects to be examined (Article 3, g)* | * |
|---|---|---|

| 12. | Request for deposition under oath or commitment and, if any, any other special procedure to be used (Art. 3, h)* | To inform whether the deposition can be obtained according to the procedure usually adopted in the Country requested. This information may be necessary in cases where the Country requested cannot obtain deposition under oath and by any other special procedure that may have been requested. |
|---|---|---|
| 13. | Ways or special procedures to be followed (e.g., oral, written, verbal, transcript or summarized, confrontation of witnesses, etc.) (Articles 3 i) and 9)* | To inform whether evidence can be obtained according to the procedure usually adopted in the Country requested. This information may be necessary in cases where the Country requested is not able to obtain evidence in the way or special procedure requested. |

* To be deleted if not applicable.

| 14. | Request for information as to the date and place where the procedures requested will take place and identifications and addresses of the individuals to be notified (Article 7)* | * |
|---|---|---|

29

EXHIBIT 1

**Maria Helena R Bononi**
**Tradutora Pública e Intérprete Comercial | Certified Translator**
Matrícula JUCESP 1330 | Inglês | English
RG 3.806.315-3 SSP/SP | CPF 235.108.548,53 | CCM 2.252.576.9
Alameda Barão de Limeira 1263 cj 52 | 01202003 São Paulo | SP | Brasil
T. +55 11 99787-1948 | +55 11 3873-9563

3

| 15. | Request for the presence or participation of judicial authorities of the Requesting Country/Authority at the site where the Letter of Request will be executed (Article 8)* | * |
| --- | --- | --- |
| 16. | Information on any right or obligation of refusal to produce evidence according to the legislation of the requesting Country (Article 11, b)* | To attach copies of laws and regulations applicable to this case. |
| 17. | Individual responsible for charges and costs to be reimbursed to the Country requested according to the second paragraph of Article 14 or Article 26. | Author has been granted free legal aid. |
| | Request date | February 12th, 2025 |

Requesting Authority's signature and stamp (empty field)

1010434-17.2017.8.26.0008

(Side) *This document is a copy of the original digitally signed by GISLENE SIMIONATO COSTA MACHADO and TARCISA DE MELO SILVA FERNANDES. To access the proceeding records, visit website https://esaj.tjsp.jus.br/esaj, enter the proceeding number 1010434-17.2017.8.26.0008 and the password LqSEp7Vx.*

There was nothing else written in the document mentioned above, which I give back with its translation into English, written on three (3) pages, which I have checked, found it right and signed.

São Paulo, March 6th, 2025 - São Paulo, 6 de março de 2025.

Fee: R$ 767.60 (seven hundred sixty-seven reais and sixty cents); Emolumentos: R$ 767,60

(setecentos e sessenta e sete reais e sessenta centavos); Receipt book no. 32, Receipt no. 1554,

Talão no. 32, Recibo no. 1554.

**30**

EXHIBIT 1

Matrícula No. 1662-JUCESP
Portaria 68/00 de 12/07/2000
CPF No.: 351.218.318-20
R.G. No.: 5.437.973-8
INSS: 10423230171
CCM: 2.931.842-4
Rua Santo Amaro, 766/144A
São Paulo, SP - Brasil
CEP 01315-000

e-mail:     rosepolato@terra.com.br
Telefones:   11-3230-7649



**ROSEMARY APARECIDA POLATO**
Tradutora Pública e Intérprete Comercial – Idioma: Inglês

| LIVRO NO.: **066** | PÁG NO.: **001** | TRADUÇÃO NO.: **10029** |

I, Rosemary Aparecida Polato, the undersigned, a Certified Official Translator, duly sworn and appointed by the Registry of Commerce of the State of São Paulo, Brazil and as such qualified to translate legal documents from Portuguese into English, hereby certify the following translation to be true and correct to the best of my knowledge and belief:



p. 1

STATE OF SÃO PAULO
OFFICE OF THE PUBLIC DEFENDER

THE HONORABLE JUDGE OF THE – FAMILY AND PROBATE COURT OF THE CENTRAL COURTHOUSE FOR THE JUDICIAL DISTRICT OF SÃO PAULO

ARASH ALEXANDER CALDERON, born on ▮▮▮▮▮ a minor ▮▮▮▮▮ duly **assisted by his mother**, VIRGINA CALDERON CHUQUIMIA, a Bolivian citizen, single, unemployed, ▮▮▮▮▮ domiciled at ▮▮▮▮▮ **by the State of São Paulo Public Defender** signing below, exempted from producing a power of attorney pursuant to Article 162, item VI of the State Supplementary Law No. 988/06, in the exercise of the prerogatives granted by the Federal Constitution Article 134, Articles 1, 4 and 108 of the Federal Supplementary Law No. 80/94, and Article 5 of the State Supplementary Law No. 988/06, comes respectfully before Your Honor, with grounds on Article 1616 of the Civil Code, Article 27 of Law No. 8069/90 and Law 5478/68, to submit this

**ACTION FOR INVESTIGATION OF PATERNITY**
**COMBINED WITH CLAIM FOR CHILD SUPPORT**

against **ALEXANDER AMMARI ALEXANDER**, dual nationality (Bolivian and Arab), ▮▮▮▮▮ due to the factual and legal reasons set forth below.

**FREE LEGAL AID**

Plaintiff declares that she is a legally destitute individual, unable to afford court costs and attorney's fees without prejudice to her own livelihood and that of her family, and for this reason she is entitled to the benefit of pro bono justice pursuant to art. 4 of Law 1060/50 and articles 98 and 99 of the CPC.

**I -   THE FACTS**

Plaintiff's representative and Defendant had a romantic relationship between mid-January 1998 and September 2001, when they lived in Bolivia. On ▮▮▮▮▮ a boy was born to the couple: Arash Alexander Calderon.

Recibo: 3621
Cancelenos: 7600
X R$94,98 0,09498
Total-R$: 721,86
Págs 4

Witness my hand and seal the day and year aforesaid.
São Paulo, September 7, 2020
Rosemary Aparecida Polato
Public Sworn Translator



Rosemary Aparecida Polato

This document is a copy of the original signed digitally by JANAYNA LOMBISANI. File on 07/20/2017 at 09:46:15 am under number 1010434-17.2017.8.26.0008 and code 4564EC1. To verify the original, access the site https://esaj.tjsp.jus.br/esaj, enter the case number 1010434-17.2017.8.26.0008 and code 4564EC1.

Matrícula No. 1662-JUCESP
Portaria 68/00 de 12/07/2000
CPF No.: 351.218.318-20
R.G. No.: 5.437.973-8
INSS: 10423230171
CCM: 2.931.842-4
Rua Santo Amaro, 766/144A
São Paulo, SP - Brasil
CEP 01315-000



e-mail:        rosepolato@terra.com.br
Telefones:        **11-3230-7649**

**ROSEMARY APARECIDA POLATO**
Tradutora Pública e Intérprete Comercial – Idioma: Inglês

| LIVRO NO.: **066** | PÁG NO.: **002** | TRADUÇÃO NO.: **10029** |

When plaintiff's representative found out that she was pregnant, she informed Defendant about the pregnancy and he told her that he would recognize his paternity as evidenced by the attached letter. At the time, they lived together and Defendant provided her with financial assistance during the pregnancy.

When the mother was in the third (3rd) month of her pregnancy, the couple had a disagreement with assault and Plaintiff's representative moved to Brazil. During this period, Defendant continued to provide financial assistance and the couple continued to maintain a distance relationship, as evidenced by the attached letter.

The mother, concerned with the child's registration, always asked Defendant to recognize the paternity of the child spontaneously and Defendant showed interest in doing this, as evidenced by the attached letter.

By mid-October 2001, when the child was ▮▮▮▮▮▮▮▮▮ Defendant called the mother to inform her that he would move to another city and that he would inform the location and telephone number so that they could keep in touch, but after that date he disappeared and since then has not contacted Plaintiff's representative.

It is observed that at the time of the facts, the mother of Plaintiff had an exclusive relationship with Defendant. It is also worth mentioning that Plaintiff has several physical similarities with Defendant, as shown in the attached photo.

Thus, Plaintiff files this action to have his paternity recognized and the name of Defendant inserted in his birth registration, as well as for Defendant to provide Plaintiff with child support so that he can have dignified living conditions.

## II - THE RIGHT AND THE LAW

### a)    The right to paternity

Plaintiff's claim deserves to succeed. Indeed, as taught by Carlos Roberto Gonçalves:

> "*A child not voluntarily recognized may obtain judicial, forced or coercive recognition by means of an action for investigation of paternity supported by the State and which will be of a declaratory and imprescriptible nature;*" (in "Direito Civil Brasileiro" - *Vol.* VI - Family Law, Saraiva, p. 304)

This is a personal and inalienable right of Plaintiff. Indeed, Article 27 of Law 8069/90 states that: "*the recognition of one's filiation is a personal, inalienable and imprescriptible right and it may be enforced against the parents or their heirs, with no restriction, subject to in camera proceedings*".

Data:        26/08/2020

**18**

Matrícula No. 1662-JUCESP
Portaria 68/00 de 12/07/2000
CPF No.: 351.218.318-20
R.G. No.: 5.437.973-8
INSS: 10423230171
CCM: 2.931.842-4
Rua Santo Amaro, 766/144A
São Paulo, SP - Brasil
CEP 01315-000
e-mail:    rosepolato@terra.com.br
Telefones:    11-3230-7649



**ROSEMARY APARECIDA POLATO**
Tradutora Pública e Intérprete Comercial – Idioma: Inglês

LIVRO NO.: **066**    PÁG NO.: **003**    TRADUÇÃO NO.: **10029**

In this connection, it is noted that the effects of a judgment declaring the paternity must be retroactive to the date of birth, as stated in art. 1616 of the current Civil Code.

**b)    The right to child support**

Child support is due for the mere fact that Defendant is the father of Plaintiff, since it is incumbent upon the parents to support their minor children, as stipulated in Article 229 of the Federal Constitution, art. 1696 of the Civil Code and art. 22 of Law 8069/1990 (Statute of Children and Adolescents).

It should also be noted that the mother cannot bear alone all the expenses of her son. In fact, Plaintiff requires support for expenses such as food, housing, clothing, medicines, and education among others.

On the other hand, if Defendant is employed, child support must be established at **30% of his net earnings** and deposited on the 5th day of every month in an account held by the representative of Plaintiff.

If unemployed or working as a self-employed individual, child support shall be established at an amount equivalent to **one current minimum wage**, on this date equivalent to R\$ 937.00, to be deposited on the 5th day of every month, in accordance with the above provisions.

**III - THE CLAIMS**

In view of the foregoing, it is pleaded with Your Honor to:

a)    Refer this case to the Representative of the Office of the Public Prosecution to express an opinion thereon.

b)    Grant the benefits of Free Legal Aid, since the legal representative of Plaintiff is destitute in accordance with the legal definition of this term;

c)    order service of process on Defendant so that, if willing, he may answer this action, under penalty of being subject to default judgment;

d)    **GRANT** the claims in this action by declaring the paternity by Defendant **ALEXANDER AMMARI ALEXANDER** in relation to the child **ARASH ALEXANDER CALDERON AMMARI**, issuing a writ for annotation to the Registrar of the Civil Registry to include in the birth registration entry of the child the name of his father and parental grandparents and also by sentencing Defendant to pay child support in the amount of **30% of his net income**, in accordance with the above, or if Respondent is not employed or is self-employed, in an amount corresponding to **one minimum wage of Brazil**.

Data:    26/08/2020

**19**

EXHIBIT 1

Matrícula No. 1662-JUCESP
Portaria 68/00 de 12/07/2000
CPF No.: 351.218.318-20
R.G. No.: 5.437.973-8
INSS: 1043230171
CCM: 2.931.842-4
Rua Santo Amaro, 766/144A
São Paulo, SP - Brasil
CEP 01315-000



e-mail:          rosepolato@terra.com.br
Telefones:       **11-3230-7649**

## ROSEMARY APARECIDA POLATO
Tradutora Pública e Intérprete Comercial – Idioma: Inglês

| LIVRO NO.: **066** | PÁG NO.: **004** | TRADUÇÃO NO.: **10029** |

e)  Authorize this Court to take action for the collection of expert laboratorial evidence by means of DNA testing by the pertinent public agency and other tests required to elucidate the true blood kinship of the child;

f)  record that the above allegations may be proven by all lawful means of evidence, particularly by the personal deposition of Defendant, under penalty of confession, hearing of witnesses, attachment of exhibits, issuance of official letters and anything else that may be required.

g)  sentence Defendant to pay the expenses relating to loss of suit, which will be destined to the Special Expense Fund for the School of the Public State Defender – FUNDEPE (LCF No. 80/94, Article 4, XXI and State Law No. 12793/08).

As required by law, it is informed that this action is valued at eleven thousand, two hundred and forty-four reals (R$11.244,00).

It is further clarified that this Public Defender will use the prerogatives accorded by Article 128, items I, VII and IX of the Federal Supplementary Law 80/94, with **double counting of procedural deadlines, personal subpoena to examine the records of all events relating to this action and declarations on the records.**

On which terms, granting is claimed.

São Paulo, June 21, 2017

/s/ MARIANA DE SOUZA LIMA LAUAND
Public Defender

/s/ VIRGINA CALDERON CHUQUIMIA

/s/ ARASH ALEXANDER CALDERON

Witness my hand and seal the day and year aforesaid.
São Paulo, September 7, 2020
Rosemary Aparecida Polato
Public Sworn Translator



Rosemary Aparecida Polato

**28**

Matrícula No. 1662-JUCESP
Portaria 68/00 de 12/07/2000
CPF No.: 351.218.318-20
R.G. No.: 5.437.973-8
INSS: 10423230171
CCM: 2.931.842-4

Rua Santo Amaro, 766/144A
São Paulo, SP - Brasil
CEP 01315-000



e-mail:        rosepolato@terra.com.br

## ROSEMARY APARECIDA POLATO

Telefones:        **11-3230-7649**        Tradutora Pública e Intérprete Comercial – Idioma: Inglês

| LIVRO NO.: **066** | PÁG NO.: **001** | TRADUÇÃO NO.: **10030** |

I, Rosemary Aparecida Polato, the undersigned, a Certified Official Translator, duly sworn and appointed by the Registry of Commerce of the State of São Paulo, Brazil and as such qualified to translate legal documents from Portuguese into English, hereby certify the following translation to be true and correct to the best of my knowledge and belief:

 **STATE OF SÃO PAULO COURT OF JUSTICE**        p. 38
**REGIONAL COURTHOUSE VIII – TATUAPÉ**
**3ʳᵈ FAMILY AND PROBATE COURT**
Rua Santa Maria nº 257, Sala l01, Parque São Jorge - CEP 03085-000,
Fone: (11) 2097-5624, São Paulo-SP - E-mail: tatuape3fam@tjsp.jus.br
**Public Service Hours: 12:30pm to 07:00pm**

| DECISION |

E-File No.:        **1010434-17.2017.8.26.0008**
Class – Subject:    **Ordinary Civil Proceedings – Investigation of Paternity**
Plaintiff:        **Arash Alexander Calderon**
Defendant:        **Alexander Ammari Alexander**

Judge:        **Roseleine Belver dos Santos Ricci**

I, DCL, typed it.

Analyzed.

1- I grant Plaintiff the benefits of free legal aid. Note this down.

2- In view of the information that Defendant lives abroad, issue a Letter Rogatory for service of process and notice on Defendant so that, if willing, he may challenge this action within fifteen (15) days.

Notify the parties.

São Paulo, July 21, 2017

**DOCUMENT DIGITALLY SIGNED PURSUANT TO LAW 11419/2006 AND AS PRINTED ON THE RIGHT HAND MARGIN.**

*(right margin, vertical text)* This document is a copy of the original signed digitally by ROSELEINE BELVER DOS SANTOS RICCI. To verify the original, access the site https://esaj.tjsp.jus.br/esaj, enter the case number 1010434-17.2017.8.26.0008 and code 45A0C85.

Recibo: 3521        Witness my hand and seal the day and year aforesaid.
Caracteres: 1479        São Paulo, September 7, 2020
X R$94,98  0,09468        Rosemary Aparecida Polato
Total-R$: 140,48        Public Sworn Translator
Págs 1

         Rosemary Aparecida Polato

**Maria Helena R Bononi**
**Tradutora Pública e Intérprete Comercial | Certified Translator**
*Matrícula JUCESP 1330 | Inglês | English*
*RG 3.806.315-3 SSP/SP | CPF 235.108.546.63 | CCM 2.252.576.9*
*Alameda Barão de Limeira 1263 cj 52 | 01202003 São Paulo | SP | Brasil*
*T. +55 11 99787-1948 | +55 11 3873-9563*

4

TRADUÇÃO/TRANSLATION no. 5110 | LIVRO/BOOK 042 | FOLHA/PAGE: 132/133

Identification of the document translated into English: Court Decision - TJSP – Proc. 1010434-
17.2017.8.26.0008, Regional Forum VIII Tatuapé, SP. I hereby attest for the due purposes that
on this date the document mentioned above written in Portuguese was submitted to me, which I
now translate into English.

(State of São Paulo coat of arms) STATE APPELLATE COURT OF SÃO PAULO –
ADMINISTRATIVE REGION OF SÃO PAULO – REGIONAL FORUM VIII - TATUAPÉ – 3RD
PROBATE AND FAMILY COURT

Rua Santa Maria, 257, Room 103, Parque São Jorge, Post code 03085-000, Phone no.; +55 11
3489-4834, São Paulo, SP, Email: tatua3iadtbapo@tjsp.jus.br

Opening hours: From 13:00 h to 17:00 h

<p style="text-align:center">DECISION</p>

Digital Proceeding no.: **1010434-17.2017.8.26.0008**

Class – Subject: **Ordinary Civil Proceeding – Investigation of paternity**

Author: **Arash Alexander Calderon**

Defendant: **Alexander Ammari Alexander**

> *On 07/02/2025 I forwarded these complete records to Honorable Judge of the Third Probate
> and Family Court of the Regional Forum VIII – Tatuapé, Ms. Tarcisa de Melo Silva to be
> held under advisement. I, Priscila Menendez Gomes Zamboni, Clerck with the Judiciary,
> typed it.*

After considering the records.

A new letter of request shall be issued to collect defendant's genetic material for DNA test in the
United States of America, in the regime of international juridical cooperation, under the terms of the
Convention on Obtaining Evidence Abroad in Civil or Commercial Matter signed in Hague on March
18th, 1970 (Decree no. 9039/17), the instructions on pages 233/238 and 245/248 being observed.

Next, the document and the material will be forwarded to the UPJ by the IMESC, via express
mail, to the department of letters of request.

News of service is expected within one hundred and twenty (120) days.

Parties shall be summoned.

São Paulo, 07/02/2025

DOCUMENT DIGITALLY SIGNED UNDER LAW 11419/2006 AS PRINTED ON THE RIGHT MARGIN HEREOF.

(Side) *This document is a copy of the original digitally signed by TARCISA DE MELO SILVA
FERNANDES. It was field in the records on 07/02/2025 at 14:03 hours. To access the proceeding
records, visit website https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, enter the
proceeding number 1010434-17.2017.8.26.0008 and the password 178ppD8o.*

There was nothing else written in the document mentioned above, which I give back with its translation
into English, written on two (2) pages, which I have checked, found it right and signed.

31

EXHIBIT 1

**<u>Maria Helena R Bononi</u>**
**Tradutora Pública e Intérprete Comercial | Certified Translator**
*Matrícula JUCESP 1330 | Inglês | English*
*RG 3.806.315-3 SSP/SP | CPF 235.108.548.53 | CCM 2.252.576.9*
*Alameda Barão de Limeira 1263 cj 52 | 01202003 São Paulo | SP | Brasil*
*T. +55 11 99787-1948 | +55 11 3873-9563*

5

São Paulo, March 6th, 2025 - São Paulo, 6 de março de 2025.

Fee: R$ 289.95 (two hundred eighty-nine reals and ninety-five cents); Emolumentos: R$ 289,95

(duzentos e noventa e nove reais e noventa e cinco  centavos); Receipt book no. 32, Receipt no.

1554, Talão no. 32, Recibo no. 1554.

**32**

**Maria Helena R Bononi**
**Tradutora Pública e Intérprete Comercial | Certified Translator**
*Matrícula JUCESP 1330 | Inglês | English*
*RG 3.806.315-3 SSP/SP | CPF 235.108.548.53 | CCM 2.252.576.9*
*Alameda Barão de Limeira 1263 cj 52 | 01202003 São Paulo | SP | Brasil*
*T. +55 11 99787-1948 | +55 11 3873-9563*

6

**TRADUÇÃO/TRANSLATION no. 5120 | LIVRO/BOOK 042 | FOLHA/PAGE: 158/159**

Identification of the document translated into English: **Swabbing Procedure and Annex 1 - TJSP – Proc. 1010434-17.2017.8.26.0008, Regional Forum VIII Tatuapé, SP.** I hereby attest for the due purposes that on this date the document mentioned above written in Portuguese was submitted to me, which I now translate into English

(São Paulo State coat of arms) **GOVERNMENT OF THE STATE OF SÃO PAULO**
DEPARTMENT OF JUSTICE AND CITIZENSHIP
INSTITUTE OF SOCIAL MEDICINE AND CRIMINOLOGY OF SÃO PAULO – IMESC
Rua Barra Funda, 824, São Paulo, SP – Post code 01152-000 - PABX +55 11 3821-1200 –
www.imesc.sp.gov.br
**SWABBING PROCEDURE**

**KIT SENT TO COLLECT GENETIC MATERIAL:**

- 2 sealed tubes with swabs to collect buccal tissue;

- 2 letter-size envelopes;

- 1 envelope with seal;

- Labels for sample identification

- 1 identification chart;

- 1 A4-size envelope.


**INSTRUCTIONS TO COLLECT GENETIC MATERIAL:**

1) Identify three labels and the tubes with the swabs with sample donor's complete name and collection date;

2) Wear gloves;

3) Remove the swab from plastic tube by breaking the seal (turning the lid), this procedure will be done twice (in the two swabs sent);

4) Pass the swabs many times inside sample donor's cheeks and gums to absorb biological material;

5) Place the swabs inside the letter-size envelope, one in each envelope;

6) Seal the envelopes with one label on each one, as previously identified;

7) Place the envelopes with the swabs inside the plastic envelope with seal, seal it and set the identification label outside it;

8) After filling up the identification chart, place the whole material inside the identified IMESC A4-size envelope and send it to the requesting judicial authority.

**33**

EXHIBIT 1

**Maria Helena R Bononi**
**Tradutora Pública e Intérprete Comercial | Certified Translator**
Matrícula JUCESP 1330 | Inglês | English
RG 3.806.315-3 SSP/SP | CPF 235.108.548.53 | CCM 2.252.576.9
Alameda Barão de Limeira 1263 cj 52 | 01202003 São Paulo | SP | Brasil
T. +55 11 99787-1948 | +55 11 3873-9563

7

**ANNEX 1: MODEL OF IDENTIFICATION CHART AND HOW TO COMPLETE IT**

**SAMPLE DONOR IDENTIFICATION**

Acronym: _degree of kinship_ Family: _do not fill this up_  IMESC folder number: _____

Name: _Sample donor's name_ _____

Document: _Type of document presented_ no. _number of the document presented_ _____

Issued by: _Document issuing agency_ on: __/__/ date Taxpayer no. _____

Date of birth: __/__/ date  Gender: Male ( ) Female ( ) check sample donor's gender

Father's name: _Name of sample donor's father_ _____

Mother's name: _Name of sample donor's mother_ _____

Address: _Sample donor's address_ _____

Phone number: _Phone number to contact sample donor_ _____

Is this the first time you have a sample tested for paternity at IMESC?

Yes ( ) No ( )

Have you had any blood transfusion or bone marrow transplant in the last 6 months?

(Yes ( ) _(if yes, swab mouth)_ No ( ) _check the answer and also swab, if pertinent_

Are you the biological mother of the child whose paternity is to be tested?

Yes ( ) No ( ) _this question is to be only answered in the mother's chart_

In case of Estate, does alleged Deceased Father have first degree relatives alive who are not participating in the survey? How many are they and what type of kinship they have: _inform whether the relatives alive are father, mother, biological children or siblings of the deceased and inform how many they are:_ _____

Right | Place sample donor's right thumb INSIDE the box | Signature of sample donor below the box

DNA sample collector: _collector's name_ _____

Interviewed by: (_name of the expert in charge of collecting the sample_)

Date: __/__/ date_  stamp _(legible name and class council number)_

2 pages

There was nothing else written in the document mentioned above, which I give back with its translation into English, written on two (2) pages, which I have checked, found it right and signed.

São Paulo, March 11th, 2025 - São Paulo, 11 de março de 2025.

Fee: R$ 477.27 (four hundred seventy-seven reais and twenty-seven cents); Emolumentos: R$ 477,27 (quatrocentos e setenta e sete reais e vinte e sete centavos); Receipt book no. 32, Receipt no. 1555, Talão no. 32, Recibo no. 1555.

**34**

**Maria Helena R Bononi**
**Tradutora Pública e Intérprete Comercial | Certified Translator**
*Matrícula JUCESP 1330 | Inglês | English*
*RG 3.806.315-3 SSP/SP | CPF 235.108.548.53 | CCM 2.252.576.9*
*Alameda Barão de Limeira 1263 cj 52 | 01202003 São Paulo | SP | Brasil*
*T. +55 11 99787-1948 | +55 11 3873-9563*

8

**TRADUÇÃO/TRANSLATION no. 5121 | LIVRO/BOOK 042 | FOLHA/PAGE: 160/161**

Identification of the document translated into English: **Sample donor identification - DNA Test -
TJSP – Proc. 1010434-17.2017.8.26.0008, Regional Forum VIII Tatuapé, SP.** I hereby attest for
the due purposes that on this date the document mentioned above written in Portuguese was
submitted to me, which I now translate into English

(São Paulo State coat of arms) GOVERNMENT OF THE STATE OF SÃO PAULO

DEPARTMENT OF JUSTICE AND CITIZENSHIP

INSTITUTE OF SOCIAL MEDICINE AND CRIMINOLOGY OF SÃO PAULO – IMESC

Rua Barra Funda, 824, São Paulo, SP – Post code 01152-000 - PABX +55 11 3821-1200 –

www.imesc.sp.gov.br

**SAMPLE DONOR IDENTIFICATION**

Acronym: _____ Family _____ IMESC folder no. _____

Name: _____

Document _____ no. _____

Issued by: _____ on __/__/__ Taxpayer no._____

Date of birth ____/____/____ Gender: Male (  ) Female (  )

NATIONALITY: BRAZILIAN (  ) FOREIGN (  )

Father's name: _____

Mother's name: _____

Address: _____

Phone no.: _____

SKIN TONE / RACE:
CAUCASIAN (  ) BROWN (  ) BLACK (  ) YELLOW (  ) REDDISH BROWN (  )
MARITAL STATUS:
SCHOOLING:
OCCUPATION:

is it the first time you have come to IMESC? Yes (  ) No (  )
Have you had any Transfusion or Transplant in the last 6 months?
Yes (  ) (if yes, collect swab) No (  )

Are you the biological mother of the child whose paternity is being tested? Yes (  ) No (  )

Collection: _____
Interview conducted by: _____
Date ___/___/___
Right thumb
Note: Interviewer will sign and stamp.

There was nothing else written in the document mentioned above, which I give back with its translation
into English, written on two (2) pages, which I have checked, found it right and signed.

35

**<u>Maria Helena R Bononi</u>**
**Tradutora Pública e Intérprete Comercial | Certified Translator**
*Matrícula JUCESP 1330 | Inglês | English*
*RG 3.806.315-3 SSP/SP | CPF 235.108.548.53 | CCM 2.252.576.9*
*Alameda Barão de Limeira 1263 cj 52 | 01202003 São Paulo | SP | Brasil*
*T. +55 11 99787-1948 | +55 11 3873-9563*

9

São Paulo, March 11th, 2025 - São Paulo, 11 de março de 2025.

Fee: R$ 269.06 (two hundred sixty-nine reais and six cents); Emolumentos: R$ 269,06 (duzentos e sessenta e nove reais e seis centavos); Receipt book no. 32, Receipt no. 1555, Talão no. 32, Recibo no. 1555.

**36**

EXHIBIT 1



São Paulo, 11 de março de 2025.

Ofício nº 103/2025 - SPr 1.2.1.1
Processo CPA nº 2025/21218
Processo de Origem nº 1010434-17.2017.8.26.0008

Senhor Ministro

        Para as providências que se fizerem necessárias, tenho a honra de encaminhar a Vossa Excelência, acompanhada da competente versão, a inclusa Carta Rogatória.

        Aproveito a oportunidade para apresentar a Vossa Excelência os protestos de alta estima e distinta consideração.

**FERNANDO ANTONIO TORRES GARCIA**

**Presidente do Tribunal de Justiça**

A Sua Excelência o Senhor
Doutor **RICARDO LEWANDOWSKI**
Digníssimo Ministro de Estado da Justiça – Ministério da Justiça e Segurança Pública
**BRASÍLIA – DF**

Palácio da Justiça — Praça da Sé, s/nº — Centro - 2º andar — Saa 277
CEP 01001-001 — São Paulo — Telefone:(11) 4802-9214
e-mail:

O original deste documento é eletrônico e foi assinado digitalmente por FERNANDO ANTONIO TORRES GARCIA (11/03/25).
Para verificar a autenticidade desta cópia impressa, acesse o site https://esaj.tjsp.jus.br/atendimento/abrirConferenciaDocOriginal.do e informe o processo 2025/00021218 e o código 8J20YN8K.

40

EXHIBIT 1

fls. 334

 **TRIBUNAL DE JUSTIÇA DO ESTADO DE SÃO PAULO**
COMARCA de SÃO PAULO
FORO REGIONAL VIII - TATUAPÉ
3ª VARA DA FAMÍLIA E SUCESSÕES
Rua Santa Maria, nº 257, Sala 103, Parque São Jorge - CEP 03085-000,
Fone: (11) 3489-4834, São Paulo-SP - E-mail:
upj1a3famtatuape@tjsp.jus.br, upj1a3famtatuape@tjsp.jus.br
**Horário de Atendimento ao Público: das 13h00min às17h00min**

<div style="border:1px solid">

### CARTA ROGATÓRIA

</div>

Processo Digital nº:       **1010434-17.2017.8.26.0008**
Classe – Assunto:          **Procedimento Comum Cível - Investigação de Paternidade**
Requerente:                **Arash Alexander Calderon**
Requerido:                 **Alexander Ammari Alexander**

**Solicitação de Assistência no âmbito da Convenção da Haia de 18 de março de 1970 sobre a Obtenção de Provas no Estrangeiro em Matéria Civil ou Comercial.**

| 1. Remetente | Juiz de Direito da UPJ 1 a 3 Vara da Família e Sucessões do Foro Regional VIII - Tatuapé Rua Santa Maria, nº 257, Sala 103, Parque São Jorge - CEP 03085-000, Fone: (11) 3489-4834, São Paulo-SP - E-mail: upj1a3famtatuape@tjsp.jus.br |
|---|---|
| 2. À Autoridade Central de | CALIFÓRNIA - ESTADOS UNIDOS DA AMÉRICA |
| 3. Os documentos comprobatórios das diligências efetuadas pelo Estado requerido devem ser remetidos à Autoridade Central brasileira: | **Coordenação-Geral de Cooperação Jurídica Internacional em Matéria Cível** **Departamento de Recuperação de Ativos e Cooperação Jurídica Internacional** **Secretaria Nacional de Justiça - Ministério da Justiça e Segurança Pública Esplanada dos Ministérios - Bloco T - Anexo II, 4º Andar, Sala 433** **Brasília (DF) CEP 70064-900** e-mail: cooperacaocivil@mj.gov.br |

| 4. Indicação da data limite na qual Autoridade Requerente solicita receber a resposta à Carta Rogatória | |
|---|---|
| Data | * |

**1010434-17.2017.8.26.0008**

2

Este documento é cópia do original assinado digitalmente por GISLENE SIMIONATO COSTA MACHADO e TARCISA DE MELO SILVA FERNANDES. Para acessar os autos processuais, acesse o site https://esaj.tjsp.jus.br/esaj, informe o processo 1010434-17.2017.8.26.0008 e o código LqSEp7Vx.

fls. 335

**TRIBUNAL DE JUSTIÇA DO ESTADO DE SÃO PAULO**
COMARCA de SÃO PAULO
FORO REGIONAL VIII - TATUAPÉ
3ª VARA DA FAMÍLIA E SUCESSÕES
Rua Santa Maria, nº 257, Sala 103, Parque São Jorge - CEP 03085-000,
Fone: (11) 3489-4834, São Paulo-SP - E-mail:
upj1a3famtatuape@tjsp.jus.br, upj1a3famtatuape@tjsp.jus.br
**Horário de Atendimento ao Público: das 13h00min às17h00min**

| Motivo da urgência | * |
|---|---|

* DEVE SER OMITIDO, SE NÃO FOR CABÍVEL.

Em conformidade com o Artigo 3º da Convenção, o requerente abaixo assinado tem a honra de apresentar o seguinte pedido:

| 5. | a) Autoridade Judicial Requerente (Artigo 3º, a)) | Identidade e endereço. Juiz de Direito da UPJ 1 a 3 Vara da Família e Sucessões do Foro Regional VIII - Tatuapé, **REPÚBLICA FEDERATIVA DO BRASIL** |
|---|---|---|
| | b) À Autoridade Competente do (Artigo 3º, a)) | DEPARTMENT OF JUSTIÇE, Office of International Judicial Assistance Civil Division, 1100 L St. N. W., Room 11006, Washington DC 20530. |
| | c) Referência(s) | Processo 1010434-17.2017.8.26.0008 – Procedimento Comum Cível – Investigação de Paternidade |

| 6. | Nomes e endereços das partes e dos seus representantes (inclusive os representantes no Estado Requerido¹) (Artigo 3º, b)) | |
|---|---|---|
| | a) Autor | Arash Alexander Calderon, Rua Ouricuri, 427, casa 01, Vila Formosa, CEP 03365-000, São Paulo-SP |
| | Advogados | Defensoria Pública do Estado de São Paulo, Av. Liberdade, 32, Centro, CEP 01503-000, São Paulo-SP |
| | b) Réu | **ALEXANDER AMMARI ALEXANDER,** ████████████████████████ |
| | Advogados | Sérgio Pereira Diniz Botinha, Alameda do Ingá, 840, sala 701, Vale do Sereno, CEP 34006-042, Nova Lima-MG |
| | c) Outras Partes | * |
| | Advogados | * |

| 7. | a) Natureza do processo para o qual as provas são requeridas (divórcio, | Procedimento Comum Cível |
|---|---|---|

Este documento é cópia do original assinado digitalmente por GISLENE SIMIONATO COSTA MACHADO e TARCISA DE MELO SILVA FERNANDES. Para acessar os autos processuais, acesse o site https://esaj.tjsp.jus.br/esaj, informe o processo 1010434-17.2017.8.26.0008 e o código 4qSEp7Vx.

**1010434-17.2017.8.26.0008**

3

fls. 336

**TRIBUNAL DE JUSTIÇA DO ESTADO DE SÃO PAULO**
COMARCA de SÃO PAULO
FORO REGIONAL VIII - TATUAPÉ
3ª VARA DA FAMÍLIA E SUCESSÕES
Rua Santa Maria, n° 257, Sala 103, Parque São Jorge - CEP 03085-000,
Fone: (11) 3489-4834, São Paulo-SP - E-mail:
upj1a3famtatuape@tjsp.jus.br, upj1a3famtatuape@tjsp.jus.br
**Horário de Atendimento ao Público: das 13h00min às17h00min**

| | | |
|---|---|---|
| | paternidade, quebra de contrato, defesa do consumidor, etc.) (Artigo 3°, c)) | Investigação de Paternidade e Alimentos |
| | b) Resumo do Pedido | Realização de coleta de material genético, cujo Kit Swab cedido pelo IMESC será encaminhado por malote (correios) fisicamente |
| | c) Resumo da Contestação e da Reconvenção | * |
| | d) Outras informações ou documentos necessários | * |

\* DEVE SER OMITIDO, SE NÃO FOR CABÍVEL.

| | | |
|---|---|---|
| 8. | a) Descrição das provas a serem obtidas ou de outros atos judiciais a serem realizados (Artigo 3°, d)) | Coleta de material genético do requerido para exame de DNA |
| | b) Finalidade das provas ou dos atos judiciais solicitados | Busca da ancestralidade |

| | | |
|---|---|---|
| 9. | Nome e endereço das pessoas das quais deverão ser obtidas as provas (Artigo 3°, e)) | **ALEXANDER AMMARI ALEXANDER,** ███████████████████████ |

| | | |
|---|---|---|
| 10. | Perguntas a serem feitas às pessoas que serão ouvidas ou os fatos sobre os quais elas devem ser questionadas (Artigo 3°, f))* | Caso necessário, encaminhar lista anexa com estas informações. |

| | | |
|---|---|---|
| 11. | Documentos ou objetos a serem examinados (Artigo 3°, g)) | * |

| | | |
|---|---|---|
| 12. | Pedido de oitiva sob juramento ou compromisso e, se for o caso, qualquer outro procedimento especial a ser utilizado (Artigo 3°, h)) | Informar se a oitiva pode ser obtida de acordo com o procedimento comumente adotado no Estado requerido. Esta informação pode ser necessária nos casos em que o Estado requerido não possa obter a oitiva sob juramento e por qualquer outro |

**1010434-17.2017.8.26.0008**

Este documento é cópia do original assinado digitalmente por GISLENE SIMIONATO COSTA MACHADO e TARCISA DE MELO SILVA FERNANDES. Para acessar os autos processuais, acesse o site https://esaj.tjsp.jus.br/esaj, informe o processo 1010434-17.2017.8.26.0008 e o código LqSEp7Vx.

4

fls. 337

**TRIBUNAL DE JUSTIÇA DO ESTADO DE SÃO PAULO**
COMARCA de SÃO PAULO
FORO REGIONAL VIII - TATUAPÉ
3ª VARA DA FAMÍLIA E SUCESSÕES
Rua Santa Maria, n° 257, Sala 103, Parque São Jorge - CEP 03085-000,
Fone: (11) 3489-4834, São Paulo-SP - E-mail:
upj1a3famtatuape@tjsp.jus.br, upj1a3famtatuape@tjsp.jus.br
**Horário de Atendimento ao Público: das 13h00min às17h00min**

| | | |
|---|---|---|
| | | procedimento especial que tenha sido solicitado. |
| 13. | Formas ou procedimentos especiais a serem seguidos (por exemplo, oral, escrito, verbal, transcrito ou sumarizado, acareação, etc.) (Artigos 3° i) e 9°)) | Informar se a prova pode ser obtida de acordo com o procedimento comumente adotado no Estado requerido. Esta informação pode ser necessária nos casos em que o Estado requerido não possa obter a prova sob a forma ou procedimento especial que tenha sido solicitado. |

\* DEVE SER OMITIDO, SE NÃO FOR CABÍVEL.

| | | |
|---|---|---|
| 14. | Solicitação de informações quanto à data e ao local em que ocorrerão os procedimentos requeridos e as identidades e endereço de pessoas a serem notificadas (artigo 7°) | \* |
| 15. | Solicitação de presença ou participação de autoridades judiciais do Estado requerente Autoridade Requisitante no local de execução da Carta Rogatória (Artigo 8°) | \* |
| 16. | Informação sobre eventual direito ou obrigação de recusa à produção da prova de acordo com a legislação do Estado requerente (Artigo 11, b)) | Anexar cópias das leis e regulamentos que se apliquem a este caso. |
| 17. | Responsável pelas taxas e custas a serem reembolsadas ao Estado requerido de acordo com o segundo parágrafo do Artigo 14 ou com o Artigo 26. | Autora é beneficiária da justiça gratuita |
| | Data do Pedido. | 12 de fevereiro de 2025 |

———————————————————

Assinatura e Carimbo da Autoridade Requerente

Este documento é cópia do original assinado digitalmente por GISLENE SIMIONATO COSTA MACHADO e TARCISA DE MELO SILVA FERNANDES. Para acessar os autos processuais, acesse o site https://esaj.tjsp.jus.br/esaj, informe o processo 1010434-17.2017.8.26.0008 e o código LqSEp7Vx.

**1010434-17.2017.8.26.0008**

5

EXHIBIT 1

fls. 1



# DEFENSORIA PÚBLICA
## DO ESTADO DE SÃO PAULO

EXCELENTÍSSIMO (A) SENHOR (A) DOUTOR (A) JUIZ (A) DE DIREITO DA __ª
VARA DA FAMÍLIA E SUCESSÕES DO FORO REGIONAL DO TATUAPÉ DA
COMARCA DE SÃO PAULO - CAPITAL.

ARASH ALEXANDER CALDERON, nascido aos ▆▆▆▆
▆▆▆▆▆▆▆ menor, atualmente com 16 anos de idade, devidamente assistido por sua
genitora VIRGINA CALDERON CHUQUIMIA, boliviana, solteira, desempregada, RNE
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

do Estado de São Paulo, por intermédio da subscritora, dispensada de apresentar instrumento de
mandato nos termos do artigo 162, inciso VI da Lei Complementar Estadual nº 988/06, no uso
das atribuições conferidas pela Constituição Federal, em seu artigo 134, pelos artigos 1º, 4º e 108
da Lei Complementar Federal n.º 80/94, e artigo 5º da Lei Complementar Estadual n.º 988/06,
vem, respeitosamente à presença de Vossa Excelência, com fundamento no artigo 1.616 do
Código Civil, artigo 27 da Lei 8.069/90 e na Lei 5.478/68, propor

## AÇÃO DE INVESTIGAÇÃO DE PATERNIDADE C.C PEDIDO DE ALIMENTOS

em face de ALEXANDER AMMARI ALEXANDER, dupla nacionalidade (boliviano e árabe),
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Este documento é cópia do original, assinado digitalmente por JANAYNA LOMBISANI e Tribunal de Justiça do Estado de São Paulo, protocolado em 20/07/2017 às 09:46 , sob o número 10104341720178260008.
Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 10104341-17.2017.8.26.0008 e código xqWo7fKr.

10

fls. 2



# DEFENSORIA PÚBLICA
## DO ESTADO DE SÃO PAULO

████████████████████████████  pelos fundamentos

## DA GRATUIDADE DA JUSTIÇA

Afirma a requerente ser pessoa juridicamente necessitada, não tendo condições de arcar com as custas processuais e honorários advocatícios, sem prejuízo de seu próprio sustento e de sua família, razão pela qual faz jus ao benefício da gratuidade de justiça, nos termos do art. 4º da Lei 1060/50 e artigos 98 e 99 do CPC.

## I - DOS FATOS

A representante do Autor e o Réu tiveram um relacionamento amoroso em meados de janeiro de 1998 a setembro de 2001, quando residiam na Bolívia. Desta união adveio o nascimento do filho do casal, Arash Alexander Calderon, em 26 de novembro de 2000.

Quando a representante do Autor descobriu que estava grávida, informou ao Réu acerca da gravidez, este disse que reconheceria a paternidade, conforme carta anexa. Inclusive na época os dois moravam juntos, sendo que o Réu forneceu auxilio financeiro durante a gestação.

Quando a genitora estava com 3 (três) meses de gestação ocorreu uma discussão entre ela e o réu, inclusive com agressão, e a representante do Autor foi morar no Brasil. Nesse período o Réu continuou fornecendo auxilio financeiro e continuaram mantendo relacionamento a distância, conforme carta anexa.

  

2

Este documento é cópia do original, assinado digitalmente por JANAYNA LOMBISANI e Tribunal de Justiça do Estado de São Paulo, protocolado em 20/07/2017 às 09:46 , sob o número 10104341720178260008. Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 1010434-17.2017.8.26.0008 e código xqWd7IKr.

11

fls. 3



# DEFENSORIA PÚBLICA
## DO ESTADO DE SÃO PAULO

A genitora, preocupada com o registro da criança, sempre conversava sobre o reconhecimento espontâneo da paternidade da criança, sendo que o Réu mostrava interesse em fazer registro da criança, conforme carta anexa.

Quando o infante estava com ███████████ em meados de outubro de 2001, o Réu ligou para a Genitora para informar que mudaria de cidade e que iria informar o local e o telefone para que mantivesse contato, porém após essa data ele desapareceu, não entrando em contato com representante do Autor desde então.

Vale frisar que a genitora, à época dos fatos, só se relacionou com o Réu. Inclusive, cabe informar que a Autor apresenta diversas semelhanças físicas com o Réu, conforme foto anexa.

Assim, a Autora ajuiza a presente demanda para que seja reconhecida a paternidade e seja incluído o nome do Réu no seu registro de nascimento, bem como para que o Réu forneça pensão alimentícia a Autor, para que este tenha condições dignas.

## II - DO DIREITO

### a) Do direito à paternidade

A pretensão da Requerente merece prosperar. Com efeito, como bem leciona Carlos Roberto Gonçalves:

> *"O filho não reconhecido voluntariamente pode obter o reconhecimento judicial, forçado ou coativo, por meio da ação de investigação de paternidade, que é ação de estado, de natureza declaratória e imprescritível"* (in "Direito Civil Brasileiro", Vol. VI – Direito de Família, 2.005, Editora Saraiva, p. 304).

3

**12**

Este documento é cópia do original, assinado digitalmente por JANAYNA LOMBISANI e Tribunal de Justiça do Estado de São Paulo, protocolado em 20/07/2017 às 09:46 , sob o número 10104341720178260008.
Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 10104341-17.2017.8.26.0008 e código xqWo7lKr.

EXHIBIT 1

fls. 4



# DEFENSORIA PÚBLICA
## DO ESTADO DE SÃO PAULO

Trata-se de direito indisponível e personalíssimo do Requerente. Com efeito, o artigo 27 da Lei 8.069/90 dispõe que: *"o reconhecimento do estado de filiação é direito personalíssimo, indisponível e imprescritível, podendo ser exercitado contra os pais, ou seus herdeiros, sem qualquer restrição, observado o segredo de justiça"*.

Saliente-se, por oportuno, que os efeitos da sentença que declara a paternidade retroagem à data do nascimento, consoante dispõe o art. 1.616 do vigente Código Civil.

**b)     Do direito aos alimentos**

Os alimentos são devidos pelo simples fato de o Réu ser o pai do autor, eis que derivam do dever de sustento dos pais em relação aos filhos menores, nos termos dos artigos 229 da Constituição Federal, art. 1696 do Código Civil e art. 22 da Lei 8069/1990 (Estatuto da Criança e do Adolescente).

Frise-se, ainda, que a genitora não pode arcar sozinha com todas as despesas do filho. De fato, a Autora necessita da prestação de alimentos, tendo em vista as suas despesas quanto à alimentação, moradia, vestuário, medicamentos, educação, dentre outros:

Assim, estando o réu trabalhando com vínculo empregatício, os alimentos deverão ser fixados em **30% de seus rendimentos líquidos**, a serem depositados todo dia 05 de cada mês, em conta bancária da genitora do Autor.

Em caso de desemprego ou trabalho sem vínculo empregatício, os alimentos deverão ser fixados em **um salário mínimo vigente** à época, atualmente equivalente a R$ 937,00, a serem depositados todo dia 05 de cada mês, nos termos supramencionados.





4

Este documento é cópia do original, assinado digitalmente por JANAYNA LOMBISANI e Tribunal de Justiça do Estado de São Paulo, protocolado em 20/07/2017 às 09:46 , sob o número 10104341720178260008. Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 1010434-17.2017.8.26.0008 e código xqWd7Kr.

**13**

fls. 5



# DEFENSORIA PÚBLICA
DO ESTADO DE SÃO PAULO

**III - DOS PEDIDOS**

Diante do exposto, requer-se:

a)      Oitiva do Ilustre representante do Ministério Público para opinar no feito;

b)      A concessão dos benefícios da Justiça Gratuita, por ser a representante legal da autora pessoa pobre na acepção jurídica do termo;

c)      A citação do Réu para que, querendo, apresente resposta sob pena de sofrer os efeitos da revelia;

d)      Seja julgado **PROCEDENTE** o pedido da presente ação, declarando-se a paternidade do Requerido **ALEXANDER AMMARI ALEXANDER** em relação ao **ARASH ALEXANDER CALDERON AMMARI** expedindo-se o competente mandado de averbação ao Oficial do Registro Civil para que do termo de nascimento fique constando o nome do pai e dos avós paternos, bem como para que o Requerido seja condenado ao pagamento de pensão alimentícia no valor de **30% de seus rendimentos líquidos**, nos termos acima mencionados, ou caso o réu venha a trabalhar sem vínculo empregatício, sejam os alimentos fixados em **um salário mínimo nacional vigente.**

e)      Seja autorizado por esse MM. Juízo a realização de prova pericial laboratorial por meio de exame de DNA, junto ao órgão público competente e demais exames necessários para a elucidação da verdadeira relação de parentesco sangüíneo;

f)      Provar o alegado por todos os meios de prova em direito admitidos, em especial pelo depoimento pessoal do Requerido, sob pena de confissão, pela oitiva de testemunhas, pela juntada de documentos, expedição de ofícios e outras mais que se fizerem necessárias.

5

**14**

Este documento é cópia do original, assinado digitalmente por JANAYNA LOMBISANI e Tribunal de Justiça do Estado de São Paulo, protocolado em 20/07/2017 às 09:46, sob o número 10104341720178260008. Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 1010434-17.2017.8.26.0008 e código xqWc7fKr.

fls. 6



# DEFENSORIA PÚBLICA
## DO ESTADO DE SÃO PAULO

g)    a condenação do Réu ao pagamento das verbas sucumbênciais, que serão destinadas ao FUNDEPE - Fundo Especial de Despesa da Escola da Defensoria Pública do Estado (LCF nº 80/94, artigo 4º, inciso XXI e Lei Estadual nº 12.793/08).

Dá-se à causa o valor de R$ 11.244,00 na forma da lei.

Por oportuno, esclarece esta Defensora Pública que utilizará das prerrogativas contidas no artigo 128, inciso I, VII e IX da Lei Complementar Federal 80/94, com **a contagem em dobro dos prazos processuais, intimação pessoal com vista dos autos de todos os atos e termos do presente feito e manifestação por cota.**

Nestes termos,
pede deferimento.

São Paulo, 21 de junho de 2017.

**MARIANA DE SOUZA LIMA LAUAND**
Defensora Pública

**VIRGINA CALDERON CHUQUIMIA**

**ARASH ALEXANDER CALDERON**

Este documento é cópia do original, assinado digitalmente por JANAYNA LOMBISANI e Tribunal de Justiça do Estado de São Paulo, protocolado em 20/07/2017 às 09:46 , sob o número 10104341720178260008. Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 1010434-17.2017.8.26.0008 e código xqWd7fKr.

6

15

EXHIBIT 1

fls. 38

 **TRIBUNAL DE JUSTIÇA DO ESTADO DE SÃO PAULO**
COMARCA de SÃO PAULO
FORO REGIONAL VIII - TATUAPÉ
3ª VARA DA FAMÍLIA E SUCESSÕES
Rua Santa Maria nº 257, Sala 101, Parque São Jorge - CEP 03085-000,
Fone: (11) 2097-5624, São Paulo-SP - E-mail: tatuape3fam@tjsp.jus.br
**Horário de Atendimento ao Público: das 12h30min às19h00min**

| DECISÃO |
|---|

Processo Digital nº:     **1010434-17.2017.8.26.0008**
Classe - Assunto          **Procedimento Comum - Investigação de Paternidade**
Requerente:              **Arash Alexander Carlderon**
Requerido:               **Alexander Ammari Alexander**

Juiz(a) de Direito: Dr(a). **Roseleine Belver dos Santos Ricci** Eu, DCL digitei.

Vistos.

1- Concedo ao requerente os benefícios da gratuidade processual. Anote-se.

2- Considerando a informação de que o requerido mora no exterior, expeça-se carta rogatória para a citação e intimação do requerido para, se quiser, apresentar contestação no prazo de 15 (quinze) dia.

Intime-se.

São Paulo, 21 de julho de 2017.

| DOCUMENTO ASSINADO DIGITALMENTE NOS TERMOS DA LEI 11.419/2006, CONFORME IMPRESSÃO À MARGEM DIREITA |
|---|

Este documento é cópia do original, assinado digitalmente por ROSELEINE BELVER DOS SANTOS RICCI, liberado nos autos em 21/07/2017 as 15:25 .
Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 1010434-17.2017.8.26.0008 e código ioRheHoh.

**16**

fls. 330

 **TRIBUNAL DE JUSTIÇA DO ESTADO DE SÃO PAULO**
COMARCA DE SÃO PAULO
FORO REGIONAL VIII - TATUAPÉ
3ª VARA DA FAMÍLIA E SUCESSÕES
Rua Santa Maria, nº 257, Sala 103, Parque São Jorge - CEP 03085-000,
Fone: (11) 3489-4834, São Paulo-SP - E-mail:
upj1a3famtatuape@tjsp.jus.br
**Horário de Atendimento ao Público: das 13h00min às17h00min**

| DECISÃO |
| --- |

Processo Digital nº:     **1010434-17.2017.8.26.0008**
Classe - Assunto         **Procedimento Comum Cível - Investigação de Paternidade**
Requerente:              **Arash Alexander Calderon**
Requerido:               **Alexander Ammari Alexander**

*Em 07/02/2025, faço estes autos conclusos à MMª. Juíza de Direito da Terceira Vara da Família e Sucessões do Foro Regional "VIII" – Tatuapé, **Dra. Tarcisa de Melo Silva**. Eu, Priscila Menendez Gomes Zamboni, Assistente Judiciário, digitei.*

Vistos.

Expeça-se nova carta rogatória para a coleta de material genético do réu para exame de DNA, nos Estados Unidos da América, em regime de cooperação jurídica internacional, nos termos da Convenção sobre a Obtenção de Provas no Estrangeiro em Matéria Civil ou Comercial, firmada em Haia, em 18 de março de 1970 (Decreto nº 9.039/17), observando-se as instruções de fls. 233/238 e 245/248.

Em seguida, encaminhe-se o documento, bem como o material encaminhado à UPJ pelo IMESC, via malote, ao setor de cartas rogatórias.

Aguarde-se notícia de cumprimento pelo prazo de 120 (cento e vinte) dias.

Intimem-se.

São Paulo, 07/02/2025.

| DOCUMENTO ASSINADO DIGITALMENTE NOS TERMOS DA LEI 11.419/2006, CONFORME IMPRESSÃO À MARGEM DIREITA |
| --- |

Este documento é cópia do original, assinado digitalmente por TARCISA DE MELO SILVA FERNANDES, liberado nos autos em 07/02/2025 às 14:03.
Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 1010434-17.2017.8.26.0008 e código 178ppD8o.

9



**GOVERNO DO ESTADO DE SÃO PAULO**
SECRETARIA DA JUSTIÇA E CIDADANIA
INSTITUTO DE MEDICINA SOCIAL E DE CRIMINOLOGIA DE SÃO PAULO - IMESC
Rua Barra Funda, 824 - São Paulo-SP    CEP. 01152-000
PABX: (11) 3821-1700
www.imesc.sp.gov.br

## PROCEDIMENTO PARA COLETA DE SWAB

**KIT ENCAMINHADO PARA COLETA DE MATERIAL GENÉTICO:**
- 2 tubos com cotonete para coleta e swab bucal lacrados;
- 2 envelopes de papel carta;
- 1 envelope com lacre;
- Etiquetas para identificação da amostra;
- 1 Ficha de Identificação;
- 1 Envelope A4.

**INSTRUÇÕES PARA A COLETA DO MATERIAL GENÉTICO:**

1) Identificar três etiquetas e os tubos com o swab com o nome completo da pessoa que será coletado o material e a data da mesma;
2) Calçar as luvas;
3) Retirar o cotonete que está no tubo plástico rompendo o lacre (virando a tampa), este procedimento deverá ser realizado em duplicata (nos dois swabs enviados);
4) Passar os cotonetes, por várias vezes, na parte interna das bochechas e nas gengivas da pessoa que será coletado o material biológico, para que o mesmo seja absorvido;
5) Depositar os cotonetes dentro de um envelope de carta, um em cada envelope;
6) Selar os envelopes com uma etiqueta em cada, já identificadas previamente;
7) Colocar os envelopes com os swabs dentro do envelope plástico com lacre, lacrar e colocar uma etiqueta de identificação na parte externa do mesmo
8) Após o preenchimento da ficha de identificação, colocar todo material dentro do envelope A4 identificado do IMESC e encaminhar à autoridade judicial solicitante.



**GOVERNO DO ESTADO DE SÃO PAULO**
SECRETARIA DA JUSTIÇA E CIDADANIA
INSTITUTO DE MEDICINA SOCIAL E DE CRIMINOLOGIA DE SÃO PAULO - IMESC
Rua Barra Funda, 824 - Sao Paulo-SP   CLP: 01152-000
PABX: (11) 3821-1200
www.imesc.sp.gov.br

ANEXO 1: MODELO DE FICHA DE IDENTIFICAÇÃO COM EXEMPLO DE PREENCHIMENTO

IDENTIFICAÇÃO DOS PERICIANDOS (EXEMPLO DE PREENCHIMENTO)

Sigla: *grau de parentesco*____Familia: *não preenche*___N° Pasta Imesc :_____

Nome:___*nome do periciando*_____

Documento:___*tipo de documento apresentado*  n°___*número do documento apresentado*_____

Expedido por: *órgão responsável pela expedição do documento* em___/___/ *data*___ CPF
_____

Data de Nascimento:____/____/ *data*___   Sexo: Masculino ( )   Feminino ( )  *anotar o sexo do periciando*

Nome            do            Pai: *nome_____da_____pai_____do
periciando*_____

Nome da Mãe: *nome da mãe do periciando*_____

Endereço:___*endereço do periciando*_____

Telefone        para        contato:_____ *telefone____para____contato___do
periciando*_____

É a primeira vez que o Sr. (Srª) realiza perícia de Paternidade no Imesc?

Sim ( )    Não ( )

Fez Transfusão de Sangue ou Transplante de Medula Ossea nos últimos 6 meses?

Sim ( )    (se sim colher Swab bucal)    Não ( )    *marcar a resposta e colher swab também se for o caso*

A Srª e mae de sangue do filho interrogado?

Sim ( )  Não ( )    *esta pergunta só e respondida na hora da mãe*

No caso de Espólio, o suposto Pai Falecido
possui parentes de primeiro grau vivos que não estão participando
da perícia? Quantos e qual o tipo de parentesco?
*responder se os parentes vivos são pai, mãe, filhos biológicos*
*ou irmãos do falecido e indicar a quantidade*_____
_____
_____

Direito

Coleta:___*nome do coletor*_____*colocar a digital do polegar direito do periciando DENTRO da caixa*

Entrevista realizada por ___*nome do perito responsável pela coleta*____*assinatura do periciando abaixo da caixa*

Data:___/__/ *data*____  *carimbar (nome legível e n° do conselho de classe*

Página 2 de 2

7



**GOVERNO DO ESTADO DE SÃO PAULO**
SECRETARIA DA JUSTIÇA E CIDADANIA
INSTITUTO DE MEDICINA SOCIAL E DE CRIMINOLOGIA DE SÃO PAULO - IMESC
Rua Barra Funda, 824 – São Paulo-SP – CEP: 01152-000
PABX: (11) 3821 1200
www.imesc.sp.gov.br

## IDENTIFICAÇÃO DOS PERICIANDOS

Sigla_____ Familia_____ Nº Pasta Imesc_____

Nome:_____

<u>Documento</u>_____nº_____

Expedido por_____em____/____/_____CPF_____

Data de Nascimento ____/____/_____  sexo: Masculino ( )   Feminino ( )

<u>NACIONALIDADE</u> – BRASILEIRA ( )   ESTRANGEIRA ( )

Nome do Pai:_____

Nome da Mãe_____

Endereço:_____

Telefone de Contato:_____
<u>COR/RAÇA:</u>
BRANCA ( ) PARDA( ) NEGRA( ) AMARELA ( )  INDÍGENA(  )
<u>ESTADO CIVIL-</u>
<u>ESCOLARIDADE-</u>
<u>PROFISSÃO-</u>

É a primeira vez que o Sr. (a) comparece ao IMESC?   Sim ( )     Não ( )
Fez Transfusão ou Transplante nos últimos 6 meses?
Sim ( )  ( se sim colher Swab )   Não ( )

A Sra. é a mãe biológica do filho interrogado?  Sim(   )   Não(  )

Coleta:_____
Entrevista realizada por:_____
Data ____/____/_____
Polegar direito
<u>OBS: ENTREVISTADOR ASSINAR E CARIMBAR</u>

**8**



# PROTOCOLO DE ASSINATURA(S)

O documento acima foi proposto para assinatura digital na plataforma Certisign Assinaturas. Para verificar as assinaturas clique no link: https://assinaturas.certisign.com.br/Verificar/33E2-A913-5299-9923 ou vá até o site https://assinaturas.certisign.com.br:443 e utilize o código abaixo para verificar se este documento é válido.

## Código para verificação: 33E2-A913-5299-9923



**Hash do Documento**

B20F256D96803CA65A49E05DE99F374B3BC3E69EB282DD9FE08BE9BDF6AE539D

O(s) nome(s) indicado(s) para assinatura, bem como seu(s) status em 11/03/2025 é(são) :

ᵛ Maria Helena Ramos Bononi - 235.108.548-53  em 11/03/2025
14:11 UTC-03:00
**Tipo:** Certificado Digital



**37**



**GOVERNO DO ESTADO DE SÃO PAULO**
SECRETARIA DA JUSTIÇA E CIDADANIA
INSTITUTO DE MEDICINA SOCIAL E DE CRIMINOLOGIA DE SÃO PAULO - IMESC
Rua Barra Funda, 824 – São Paulo-SP - CEP: 01152-000
PABX: (11) 3821-1200
www.imesc.sp.gov.br

**EXCELENTÍSSIMO(A) SENHOR(A) DOUTOR(A) JUIZ(A) DE DIREITO DA 3ª VARA DA FAMÍLIA E SUCESSÕES DO FORO REGIONAL VIII – TATUAPÉ - COMARCA DE SÃO PAULO**

| | |
|---|---|
| PASTA IMESC | SEM PASTA - SETOR PATERNIDADE (FAVOR INFORMAR NA RESPOSTA) |
| PROCESSO | 1010434-17.2017.8.26.0008 - COLETA EXTERNA |
| AUTOR(A) | Arash Alexander Calderon |
| AÇÃO | INVESTIGAÇÃO DE PATERNIDADE |
| | São Paulo, 29 de Janeiro de 2025. |

Em atenção ao processo em epígrafe e em resposta a vossa solicitação datada de 05/08/2024, seguem anexo **kit swab para coleta externa de ALEXANDER AMMARI ALEXANDER.**

Informamos que só anuímos com a coleta externa nos casos de absoluta impossibilidade de locomoção da parte, pois historicamente, apesar de instruirmos todos os passos a serem seguidos pelo órgão externo, sempre são infringidos um ou mais passos, pelo que temos de julgar o exame por prejudicado, o que acaba por acarretar inúmeros prejuízos a todos os envolvidos. Para a realização do exame de Investigação de Paternidade, por meio de material biológico coletado fora da sede do IMESC, impõe-se, ponderar que nas coletas realizadas na sede desta Autarquia, observamos os procedimentos abaixo transcritos:

1) Quando do comparecimento simultâneo das partes para o exame, o perito, além de conferir a identificação de cada periciando com os documentos de identificação apresentados, faz o reconhecimento mútuo entre as partes, de modo a não restar questionamentos posteriores sobre a idoneidade da coleta.
2) De cada periciando são tomadas duas impressões datiloscópicas do polegar direito, as quais serão contra-rubricadas pela outra parte.

Tais procedimentos são adotados para assegurar a identificação correta das pessoas, fidedignidade do exame e a incolumidade das conclusões.

Nesse sentido, o IMESC estabeleceu um conjunto mínimo de requisitos, os quais têm não só a função de garantir a qualidade e confiabilidade dos resultados obtidos, bem como a preservação da cadeia de custódia.

Diante do exposto, caso V.Exa. entenda absolutamente imprescindível a realização da perícia mediante o exame de material biológico (saliva) colhido fora da sede do IMESC, V. Exa. **poderá designar um perito na própria cidade do requerido(a), que deverá seguir o rol de procedimentos técnicos anexos.** Ressaltamos que o IMESC não mantém convênios com laboratórios em outros Estados.

Sendo o que se apresenta para o momento, permanecemos disponíveis para qualquer outro esclarecimento que se fizer necessário. Aproveitamos a oportunidade, para apresentar os nossos protestos de consideração e apreço.

Mª Fernanda Heidt da Luz
Chefe-I
Controle de Perícias

Maria Fernanda Heidt da Luz
Chefe da Secção da Equipe de Controle de Perícias

Página 1 de 1

EXHIBIT 1